UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**AUG 1 0 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Tiemoko Coulibaly, )
)
      Plaintiff, )  Case: 1:15-cv-01279
) Assigned To : Unassigned
v. ) Assign. Date : 8/10/2015
) Description: Pro Se Gen. Civil (F)
John Kerry *et al.*, )
)
      Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Under that statute, the Court is required to dismiss a case "at any time" it determines that the complaint fails to state a claim upon which relief can be granted.

Plaintiff is a resident of Silver Spring, Maryland. The complaint is not a model of clarity, but plaintiff sues employees of the U.S. Department of State, the Merit System Protection Board ("MSPB"), and the Equal Employment Opportunity Commission ("EEOC") for the manner in which they handled his employment grievances. *See generally* Compl. and Compl. Caption. "[N]o cause of action against the EEOC exists for challenges to its processing of a claim." *Smith v. Casellas*, 119 F.3d 33, 34 (D.C. Cir. 1997), *cert. denied*, 118 S.Ct. 386 (1997). Rather, "Congress intended the private right of action . . . under which an aggrieved employee may bring a Title VII action directly against his or her employer [] to serve as the remedy for any improper handling of a discrimination charge by the EEOC." *Id.* Similarly, "[n]either [Title VII nor the Age Discrimination in Employment Act] creates a cause of action against the MSPB for

1

its processing of a case." *Woodruff v. McPhie*, 383 Fed. App'x 5, 6 (D.C. Cir. 2010). Accordingly, this case will be dismissed. A separate Order accompanies this Memorandum Opinion.

Date: August 6th, 2015

/s/ Beryl A. Howell
United States District Judge